ANNA ADAMS, Petitioner,

-against-

SUPERINTENDENT AMY LAMANNA OF BEDFORD HILLS CORRECTIONAL FACILITY

Respondent.

COMPLIANCE OF DEFFERRED REQUEST FOR ASSIGNMENT OF COUNSEL

Docket No.1:21-CV-01271-KAM

PLEASE TAKE NOTICE, the above named petitioner made an application requesting appointment of counsel in order to effectively prosecute her petitioner for Writ of Habeas Corpus, under 28 U.S.C. 2254 entered into action on the 18th day of February, 2021 and also requested to be granting poor persons status.

Petitioner received an answer to her request informing her that her request was deferred, (Exhibit A) "ORDER defering ruling on petitioner's [4] motion to appoint counsel. The Court will reserve decision on petitioner's motion to appoint counsel until respondent files an answer and the state Court record with the Court. The clerk of the Court is respectfully directed to mail a copy of this order to the petitioner and note service on the docket." This was issued by Honorable Kiyo A. Matsumoto on 4/1/2021.

Respondent's have responded as in the terms set forth in the So odered.

Petitioner request immediate assignment of counsel in order to effectively respond to the District Attorney's answer. unfortunately Petitioner does not possess sufficient legal experience to negate the complexity of claims raised.

I declare under penalty of perjury that the forgoing is true and correct.

Dated: May 24, 2021

*Anna Adams*

Anna Adms, Pro se Petitioner

TO: Honorable Kiyo Matsumoto
United States District Court
Eeastern District of New York

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

Eastern District of New York

Notice of Electronic Filing

The following transaction was entered on 4/1/2021 at 2:40 PM EDT and filed on 4/1/2021
Case Name: Adams v. Lamanna
Case Number: 1:21-cv-01271-KAM
Filer:
Document Number: No document attached

Docket Text:
ORDER deferring ruling on petitioner's [4] Motion to Appoint Counsel. The court will reserve decision on petitioner's motion to appoint counsel until respondent files an answer and the State Court Record with the court. The Clerk of the Court is respectfully directed to mail a copy of this Order to petitioner and note service on the docket. Ordered by Judge Kiyo A. Matsumoto on 4/1/2021. (Tran, Alexander)

Anna H[...]
Bedford Hills Correctional Facility
247 Harris Road
Bedford Hills N.Y. 10507

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn NY 11201
ATTN: PDO Se Office

BEDFORD HILLS CORRECTIONAL FACILITY

Bedford Hills ★ Correctional Facility

NEOPOST 05/20/2021
US POSTAGE $001.00⁰
ZIP 10507
041M11272300