UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT of NEW YORK

ANNA ADAMS,
                Petitioner,

-against-

AMY LAMANNA BEDFORD HILLS CORRECTIONAL
FACILITY SUPERINTENDENT

                Respondent.

MOTION FOR SUBPOENA DUCES TECUM

DOCKET NO. 1:2-cv-01271-KAM

To Honorable Kiyo Matsumoto,
PLEASE TAKE NOTICE that upon the annexed Motion of Anna Adams, verified the 2nd day of June, 2021. Sworn to on the 2 day of June, 2021. Petitioner applies to this Court for a issue of a Subpoena to the Commissioner of Jurors for production of :

    A. Grand Jury attendance records for dates of November 5th, 2012, in the county of Queens for indictment No. 2843/2012.

Dated: June 2, 2021
Westchester NY

                                          _____
                                          Anna Adams, Petitioner, Pro se
                                          Bedford Hills Correctional
                                          facility, 247 Harris Road
                                          Bedford Hills NY 10507

To: Hon. Kiyo Matsumoto
    United Stated District Court
    Easter District Court
    225 Cadman Plaza

BEDFORD HILLS CORRECTIONAL FACILITY
P.O. BOX 1000
BEDFORD HILLS, N.Y. 10507-2499

NAME: Anna Adams    DIN: 16g0420

United States District Court
Eastern District
225 Cadman Plaza East
Brooklyn N.Y. 11201
ATTN: Pro Se Office